# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| DONTARION BRATTON, | : | MOTION TO VACATE |
| Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:08-CR-125-2-WBH |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | CIVIL ACTION NO. |
| | : | 1:09-CV-2060-WBH |

## **ORDER**

This matter is currently before the Court for consideration of the Report and Recommendation, [Doc. 139], in which the Magistrate Judge recommends that the Movant's 28 U.S.C. § 2255 motion to vacate, [Doc. 117], be denied. Because no objections to the Report and Recommendation have been filed,[1] this Court need conduct only a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). After careful review, the Court finds no error in the Magistrate Judge's findings of fact or legal conclusions.

---

[1] The copy of the Report and Recommendation mailed to Movant was returned as undeliverable, and a search of the Federal Bureau of Prisons prisoner locator service indicates that Movant has been released. [Doc. 140]. This Court has no information regarding his whereabouts. As the local rules require pro se litigants to keep this Court informed of their address, Movant's failure to do so acts as a waiver of his opportunity to object to the Report and Recommendation.

Accordingly, the Court **ADOPTS AS ITS ORDER** the Report and Recommendation, [Doc 139], and the instant motion to vacate, [Doc. 117], is hereby **DENIED**. Further, for the reasons discussed in the Report and Recommendation, a Certificate of Appealability is also **DENIED**.

**IT IS SO ORDERED,** this ___2___ day of ___September___, 2011.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)